```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF UTAH
```
_____

| | |
|---|---|
| PATRICK JOHNSON, | ) **DISMISSAL ORDER** |
| | ) |
| Plaintiff, | ) Case No. 2:12-CV-720 DB |
| | ) |
| v. | ) District Judge Dee Benson |
| | ) |
| DR. RICHARD GARDEN et al., | ) |
| | ) |
| Defendants. | ) |

_____

On February 6, 2013, the Court ordered Plaintiff to within thirty days show cause why his prisoner civil rights complaint should not be dismissed for failure to prosecute.  The Court still has not heard from Plaintiff since September 26, 2012, and he has not updated his address.  Indeed, the last mail item the Court sent to Plaintiff was returned to sender, marked, "Unknown Addressee."

IT IS THEREFORE ORDERED that Plaintiff's complaint is dismissed without prejudice for failure to prosecute.[1]

DATED this 13th day of March, 2013.

BY THE COURT:

_____
DEE BENSON
United States District Judge

---

[1] *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31, 82 S. Ct. 1386, 1388-89 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003).